152 A.3d 760

**MCEACHERN, Kintrell Todd**

v.

**STATE of Maryland**

**Pet. Docket No. 468, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Dismissed by the Court of Special Appeals (No. 1925, Sept. Term, 2015)

Petition for writ of certiorari dismissed

■

152 A.3d 760

**MILBURN, Christopher Allan**

v.

**STATE of Maryland**

**Pet. Docket No. 466, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 2778, Sept. Term, 2015)

Petition for writ of certiorari denied